# MEMORANDUM

**SEALED**

DATE: Aug. 24, 2004

TO: Courtroom Clerk for Judge _Woodlock_

and Magistrate Judge _____

FROM: Sheila A Diskes

SUBJECT: Assignment of New Indictment/Information (Superseding ____ )[1]

___

✓ Please be advised that the following indictment/information returned or filed on _8/24/04_ has been assigned/referred to you.

Criminal No. _04-10256-DPW_ U.S.A. v. _Denotell_

✓ This INDICTMENT/INFORMATION is SEALED. The original file and copies will be maintained under seal until requested or retrieved.

____ This INDICTMENT/INFORMATION is not sealed. The original file will be forwarded to _____ upon completion of case opening. A copy of the indictment/information is attached for your information.

cc: AUSA _____

(newindic.mem - 08/96)

___

[1] Note:

1. Please check defendant order if this case is superseding. The defendant order does not, and WILL NOT, be changed from that in the original case.

2. **THERE IS NO AUTOMATIC REFERRAL TO A MAGISTRATE JUDGE REGARDING SUPERSEDING INDICTMENTS.**

SUBMITTED UNDER SEAL
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04-CR-10256-DPW |
| ) | |
| ) | Violations: |
| v. ) | |
| ) | 18 U.S.C. § 1957 - |
| ) | Money Laundering |
| MICHAEL DEZOTELL ) | 18 U.S.C. § 2 - |
| ) | Aiding and Abetting |
| ) | 18 U.S.C. § 982 - |
| ) | Criminal Forfeiture |

INFORMATION

The United States Attorney charges that:

COUNT ONE
[18 U.S.C. §§ 1957 and 2 -
Money Laundering]

In or about February 1999, in the District of Massachusetts and elsewhere, the defendant,

MICHAEL DEZOTELL,

did knowingly and unlawfully engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is the transfer of monetary instruments in the amount of approximately $17,000 to purchase a Mercedes-Benz automobile, such property having been derived from a specified unlawful activity, that is, illegal gambling, in violation of the laws of the Commonwealth of Massachusetts, M.G.L. ch. 271, § 17.

All in violation of Title 18, United States Codes, Sections 1957 and 2.

COUNT TWO
[18 U.S.C. §§ 1957 and 2 -
Money Laundering]

In or about July 1999, in the District of Massachusetts and elsewhere, the defendant,

MICHAEL DEZOTELL,

did knowingly and unlawfully engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is the transfer of monetary instruments in the amount of approximately $19,000 to purchase a home in New Seabury, Massachusetts, such property having been derived from a specified unlawful activity, that is, illegal gambling, in violation of the laws of the Commonwealth of Massachusetts, M.G.L. ch. 271, § 17.

All in violation of Title 18, United States Codes, Sections 1957 and 2.

<u>COUNT THREE</u>
[18 U.S.C. §§ 1957 and 2 -
Money Laundering]

In or about the summer of 1999, in the District of Massachusetts and elsewhere, the defendant,

MICHAEL DEZOTELL,

did knowingly and unlawfully engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is the transfer of monetary instruments in the amount of approximately $25,000 to purchase a golf club membership in New Seabury, Massachusetts, such property having been derived from a specified unlawful activity, that is, illegal gambling, in violation of the laws of the Commonwealth of Massachusetts, M.G.L. ch. 271, § 17.

All in violation of Title 18, United States Codes, Sections 1957 and 2.

<u>COUNT FOUR</u>
[18 U.S.C. §§ 1957 and 2 -
Money Laundering]

In or about the fall of 2001, in the District of Massachusetts and elsewhere, the defendant,

MICHAEL DEZOTELL,

did knowingly and unlawfully engage and attempt to engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is the transfer of monetary instruments in the amount of approximately $21,000 to purchase a Title 5 septic system for a home in Mashpee, Massachusetts, such property having been derived from a specified unlawful activity, that is, illegal gambling, in violation of the laws of the Commonwealth of Massachusetts, M.G.L. ch. 271, § 17.

All in violation of Title 18, United States Codes, Sections 1957 and 2.

<u>CRIMINAL FORFEITURE ALLEGATION</u>
[18 U.S.C. § 982 -
Criminal Forfeiture]

1)   As the result of the offenses alleged in Counts One through Four, the defendant,

MICHAEL DEZOTELL,

shall forfeit to the United States any and all property, real and personal, involved in those offenses, and all property traceable to such property, including, but not limited to, approximately seventy-seven thousand dollars ($77,000) in United States currency.

2)   If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

5

All in violation of Title 18, United States Code, Section 982(a)(1) and (b).

                        MICHAEL J. SULLIVAN
                        UNITED STATES ATTORNEY

BY: ERNEST S. DiNISCO
    COLIN OWYANG
    Assistant U.S. Attorneys

DATE:

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: _____   Category No. II   Investigating Agency  FBI/IRS/MSP

City  Boston area   Related Case Information:  04-CR-10256-DPW

County  Suffolk   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Michael Dezotell   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only):  1950   SSN (last 4 #):  3700   Sex  M   Race:  W   Nationality:  USA

Defense Counsel if known:  John M. Moscardelli   Address:  8 Winter Street, 12th Floor
                                                           Boston, MA  02108

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Colin Owyang & Ernest S. DiNisco   Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  8/23/04   Signature of AUSA: _____

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Michael Dezotell

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | _____ | 18/1957 Engaging in Monetary Transactions | 1, 2, 3, 4 |
| Set 2 | _____ | 18/2 Aiding & Abetting | 1, 2, 3, 4 |
| Set 3 | _____ | 18/982 Criminal Forfeiture | _____ |
| Set 4 | _____ | _____ | _____ |
| Set 5 | _____ | _____ | _____ |
| Set 6 | _____ | _____ | _____ |
| Set 7 | _____ | _____ | _____ |
| Set 8 | _____ | _____ | _____ |
| Set 9 | _____ | _____ | _____ |
| Set 10 | _____ | _____ | _____ |
| Set 11 | _____ | _____ | _____ |
| Set 12 | _____ | _____ | _____ |
| Set 13 | _____ | _____ | _____ |
| Set 14 | _____ | _____ | _____ |
| Set 15 | _____ | _____ | _____ |

ADDITIONAL INFORMATION: _____

mike js45.wpd - 1/15/04 (USAO-MA)