SUBMITTED UNDER SEAL
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-CR-10256-DPW |
| ) | |
| MICHAEL DEZOTELL ) | |

### MOTION TO SEAL AND IMPOUND INFORMATION

Pursuant to Local Rule 7.2, the United States of America hereby moves for an order sealing and impounding the above-captioned Information, this motion, the Court's order on this motion, <u>all related docket entries</u>, and any other paperwork related to this matter until further order of the Court. Defendant Michael Dezotell has agreed to waive indictment and enter a plea of guilty to the Information pursuant to an agreement with the United States. Disclosure of this proceeding could adversely impact other ongoing investigations and prosecutions. Accordingly, the government respectfully requests that this Court seal the Information and all related paperwork until such time as disclosure becomes appropriate, depending on the progress of the other cases.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ERNEST S. DiNISCO
COLIN OWYANG
Assistant U.S. Attorneys

August 24, 2004

SO ORDERED:

_____     _____
UNITED STATES DISTRICT JUDGE     DATED