SEALED

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASS.

US
v
Michael Dezotell

**APPEARANCE**

Case Number: CR 04-10256-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Michael Dezotell

I certify that I am admitted to practice in this court.

Date: 10/5/04

Signature: [signature]

Print Name: Robert Sheketoff     Bar Number: 457340

Address: One McKinley Sq.

City: Boston   State: MA   Zip Code: 02109

Phone Number: 617-367-3449   Fax Number: 617-723-1710