Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10256-DPW |
| ) | |
| MICHAEL DEZOTELL ) | |

## WAIVER OF INDICTMENT

I, **MICHAEL DEZOTELL**, the above-named defendant, who is accused of money laundering in February 1999, July 1999, the summer of 1999, and the fall of 2001, in violation of 18 U.S.C. §§1957 and 2, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on OCTOBER 5, 2004 prosecution by indictment and consent that

*(Date)*

the proceeding may be by information instead of by indictment.

_____
MICHAEL DEZOTELL, Defendant

_____
Counsel for the Defendant
DEZOTELL

Before: _____
Judicial Officer
U.S.D.J.