SEALED

**SEALED**

CRIMINAL COURTNOTE

JUDGE/CODE: WOODLOCK/0124          DATE: 10-5-04

DEFENDANT(s): Michael DeZotell   DOCKET #: CR 04-10256-DPW

AUSA: DiNisco                                    DEFENSE COUNSEL: Sheketoff

CLERK: REBECCA GREENBERG         COURT REPORTER: PAM OWENS

**NOTES:**

10/5/04  Sealed Rule 11 Hearing and Initial Appearance & Bail Hearing HELD;

— Plea of Guilty entered on all counts (1-4)

— Plea Agreement filed (as amended 10/5/04)

— WAIVER OF INDICTMENT Executed & filed

— Conditions of Pretrial Release set — see bail papers for further details (includes $25,000 unsecured Bond)

— DISPOSITION SET FOR JANUARY 6, 2005 at 3:00 PM.