UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 SEP 31  A 9 23
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 04-10256-DPW
)
MICHAEL DEZOTELL )

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully moves the Court to seal this Motion, the Motion filed simultaneously herewith, and any other paperwork related to this matter, until further order of this Court. As grounds, the government states that this Motion relates to matters which this Court has previously sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ERNEST S. DiNISCO
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Suffolk, ss.                Boston, Massachusetts
                            October 1, 2004

This is to certify that today I mailed postage prepaid this pleading to Robert Sheketoff, Sheketoff & Homan, One McKinley Square, Boston, Massachusetts 02109.

_____
ERNEST S. DiNISCO
Assistant U.S. Attorney

10/12/04 Woodlock, DJ.
Motion Allowed, nunc pro tunc.
By the Court
Rebecca Greenberg, Deputy Clerk