<u>SUBMITTED UNDER SEAL</u>
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

 **SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )     CR. NO. 04-10256-DPW |
| | ) |
| MICHAEL DEZOTELL | ) |

### <u>JOINT MOTION TO SEAL AND IMPOUND</u>

Pursuant to Local Rule 7.2, the United States of America and defendant
Michael Dezotell, through their undersigned counsel, hereby move for an order
sealing and impounding the attached Joint Motion to Continue Sentencing until
further order of the Court. The attached Motion seeks to continue the sentencing
of Dezotell because the investigation in which he is cooperating, and which led
to his guilty plea to a Criminal Information, is ongoing. As a result,
Dezotell's life might be endangered and the government's investigation prejudiced
were his cooperation made public. The government therefore asks this Court to
seal the Joint Motion to Continue Sentencing until the government informs the
Court that these risks are no longer present.

Respectfully submitted,

MICHAEL DEZOTELL

MICHAEL J. SULLIVAN
United States Attorney

_Robert Sheketoff (RB)_

By: _Heidi E. Brieger_

ROBERT SHEKETOFF, ESQ.
Counsel for
Michael Dezotell

HEIDI E. BRIEGER
ERNEST S. DiNISCO
Assistant U.S. Attorneys

December 20, 2004
JOINT MOTION TO SEAL AND IMPOUND

SO ORDERED:

_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE

Dated: _____

DOCKETED