**SUBMITTED UNDER SEAL**



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-10256-DPW |
| ) | |
| MICHAEL DEZOTELL ) | |

### JOINT MOTION TO CONTINUE SENTENCING

The United States of America and defendant MICHAEL DEZOTELL, through their undersigned attorneys, hereby move to continue the sentencing of Dezotell for six months, from January 6, 2005 to June 6, 2005. In support of this request, the parties state as follows:

Dezotell waived indictment and pleaded guilty to a Criminal Information pursuant to a cooperation agreement with the United States on October 5, 2004. At the request of the government, the Information and plea agreement were both ordered sealed because the investigation in which Dezotell is cooperating was ongoing. The investigation at issue is still in progress, and the government has not yet made Dezotell's cooperation public in order to protect him and the investigation. As a result, however, the government is not at this time in a position to make any recommendations to this Court regarding whether and/or to what extent Dezotell's cooperation warrants a substantial assistance motion pursuant to U.S.S.G. §5K1.1.[1] Both the government and Dezotell therefore ask

---

[1] Moreover, given that the Probation Office's initial calculation that Dezotell's guidelines range *without* the U.S.S.G. §5K1.1 will be BOL 11 (after acceptance) - CHC IV for a guideline



this Court to continue the sentencing for an additional six months, to June 6, 2005.[2]

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

By: _____
     HEIDI E. BRIEGER
     ERNEST S. DiNISCO
     Assistant U.S. Attorneys


MICHAEL DEZOTELL

By: _____
     ROBERT L. SHEKETOFF, ESQ. (HEB)
     Counsel for Michael Dezotell


December 20, 2004

---

range of 18-24 months' imprisonment, it is particularly important that Dezotell not be sentenced until the investigation has moved further along and the government is able to make a §5K1.1 motion.

   [2] The parties may at that time seek an additional continuance, should there still be an urgent need to keep Dezotell's cooperation sealed.