UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| | ) | |
| v. | ) | CR 04-10256 ~ DPW |
| | ) | |
| SEALED | ) | |
| Defendant | ) | |
| | ) | |

## GLOBE NEWSPAPER COMPANY, INC'S.
## MOTION FOR ACCESS TO COURT DOCKET AND CASE FILINGS

Globe Newspaper Company, Inc. (the "Globe") submits this its motion for public access

to the proceedings, filings, and docket in the above-captioned criminal case. In support of this

Motion, the Globe relies on the memorandum of law and Affidavit of Neil McGaraghan

submitted herewith.

WHEREFORE, the Globe respectfully requests that the court enter an order unsealing

this case and granting the Globe access to the proceedings, filings, and docket in this case.

Respectfully submitted,

**GLOBE NEWSPAPER COMPANY, INC.**

**OF COUNSEL:**

David E. McCraw, Esq.
**The New York Times Company**
229 West 43rd Street
New York, NY 10036
(212) 556-4031

Dated: April 8, 2005

By its attorneys,

Jonathan M. Albano, BBO #013850
Neil McGaraghan, BBO #649704
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000