UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10256-DPW |
| | ) |
| MICHAEL DEZOTELL | ) |
| Defendants, | ) |

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE UNSEALED**

WOODLOCK, District Judge

A Motion for access to the above captioned case has been filed by a non-party. (Copies of this motion and supporting submissions are attached hereto).

The parties are hereby ORDERED to show cause, if any there be, why the papers in this case should not be made available for viewing and/or copying, and why it is necessary for this case to remain under seal.

The parties are to file and serve their responses to this Show Cause Order under seal with the Court by no later than **APRIL 22, 2005**. The Court will thereupon determine what further proceedings are necessary.

BY THE COURT,

/s/ Michelle Rynne

Deputy Clerk

DATED:  April 15, 2005