UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

# SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 04-10256-DPW |
| | ) |
| MICHAEL DEZOTELL | ) |
| Defendants, | ) |

### PROCEDURAL ORDER RE: UNSEALING

WOODLOCK, District Judge

    A Motion for access to the above captioned case was filed
on April 8, 2005 by a non-party.  The government has filed a
response to the ORDER to show cause why the papers in this case
should not be made available for viewing and/or copying, and why
it is necessary for this case to remain under seal.

    In response, the Parties are ORDERED  to identify, by MAY
4, 2005,  which documents should remain under seal and the
specific reasons for doing so.  A copy of the Sealed Docket is
attached to this order.


                                    BY THE COURT,

                                     /s/ Michelle Rynne
                                    Deputy Clerk


DATED:  April 27, 2005