UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) CR 04-10256 |
| SEALED, | ) |
| Defendant | ) |

**CERTIFICATE OF SERVICE**

I, Neil G. McGaraghan, hereby certify that on April 27, 2005, I caused a copy of Globe Newspaper Company's Motion for Access to Court Docket and Case Filings and related papers filed in this matter to be served by hand on:

Michael J. Sullivan, Esq.
United States Attorney for Massachusetts
One Courthouse Way
John Joseph Moakley Courthouse
Boston, MA 02210

_____
Neil G. McGaraghan