UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>MICHAEL DEZOTELL )<br>) | Criminal No. 04-10256 DPW |

## DEFENSE COUNSEL'S MOTION TO WITHDRAW

Defense counsel in the above-captioned case move that he be allowed to withdraw his appearance as defendant has retained successor counsel who has heretofore filed his appearance in this case. Defense counsel inadvertently neglected to notify the Court when successor counsel filed his appearance several months ago.

JOHN M. MOSCARDELLI, BBO #357340
Peters & Moscardelli
Eight Winter Street, 12th Floor
Boston, MA 02108
Tel. (617) 423-6222
Attorney for Defendant, Michael Dezotell

DATED: May 18, 2005

### CERTIFICATE OF SERVICE

I, JOHN M. MOSCARDELLI, counsel for the defendant, Michael Dezotell., hereby certify that I have this day served a copy of the foregoing motion upon Assistant United States Attorney Ernest S. DiNisco of the United States Attorney's Office, United States District Court, One Courthouse Way, Suite 9200, Boston, MA 02210 by mailing the same, postage pre-paid.