UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV -1  P 3:34

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 04-10256-DPW |
| | ) |
| MICHAEL DEZOTELL | ) |

### GOVERNMENT'S MOTION TO UNSEAL

On May 4, 2005, the government filed a response to this Court's order to show cause why this case should not be unsealed, issued in response to a motion by the Globe Newspaper Company, Inc. for public access to all proceedings, filings, and the docket in this case. At that time the government stated in its response that while it did not object to the unsealing of the case number, the defendant's name, and the criminal information, it believed that the Court should continue to keep the plea and cooperation agreement between the defendant, Michael Dezotell, and the United States Attorney under seal until the later of two events: the Court sentenced the defendant, but not to a term of imprisonment, or the defendant completed any term of imprisonment to which he was sentenced in this case.

The defendant has now completed his term of imprisonment in this case and the government respectfully requests that, <u>with the exception of the document entitled Government's Motion for</u>

1

<u>Departure Pursuant to Section 5K1.1 of the United States Sentencing Guidelines and its related docket entry</u>, this Court unseal the case file and docket entries.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
HEIDI E. BRIEGER
ERNEST S. DINISCO
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

Suffolk, ss.                                   Boston, Massachusetts

This is to certify that I have mailed on ___1st___ November 2005, in a postage pre-paid envelope, the forgoing motion to counsel for the defendant, Robert L. Sheketoff, Esq., and John M. Moscardelli, Esq.

_____
ERNEST S. DINISCO
Assistant U.S. Attorney

2